# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
RALPH A FICK  
844 STATE RT 664 N  
LOGAN, OH  43138

Case No:    10-55098

Judge:    John E. Hoffman Jr.

SSN(S):    XXX-XX-5038

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   October 22, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| RALPH A FICK<br>844 STATE RT 664 N<br>LOGAN, OH  43138 | 605.00 |